UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA; ex rel. DANIEL P. LOPEZ, M.D.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CLINICA SIERRA VISTA, an entity; PERMANENTE MEDICAL GROUP, INC., an entity; BAKERSFIELD MEMORIAL HOSPITAL, an entity; DIGNITY HEALTH, an entity; OLGA MEAVE, M.D., an individual;** AND **IRVING AYALA-RODRIGUEZ, M.D., an individual; and DOES 1 through 10, inclusive**<br><br>Defendants. | No.: 1:24-cv-1596 KES CDB<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL** |

The State of California ("California"), having declined to intervene in this action pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), and consenting to dismissal, the Court rules as follows:

1

IT IS ORDERED that,

1. Only the *qui tam* complaint, California's Notice of Election to Decline Intervention, this Order, and the United States' notice of its election to decline intervention and the Court's order thereon, and any document filed following this Order shall be unsealed and served upon the defendants by the relator. All other contents of the Court's file in this matter shall remain under seal and not be made public or served upon the defendants;

2. To the extent required by California's False Claims Act, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the State of California;

3. All orders of this Court shall be sent to California;

4. California may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon California;

6. Should the relator seek voluntary dismissal of California's claims, California consents to said dismissal without prejudice as to California's respective claims.

IT IS SO ORDERED.

Dated:   June 26, 2025

UNITED STATES DISTRICT JUDGE