UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. LOPEZ, M.D, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLINICAL SIERRA VISTA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01596-KES-CDB <br><br> ORDER ON STIPULATION EXTENDING TIME FOR CSV DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> (Doc. 25) |

Pending before the Court is the stipulated request of Plaintiff-Relator Daniel P. Lopez, M.D. ("Plaintiff-Relator") and Defendants Clinica Sierra Vista, Olga Meave, M.D., and Irving Ayala-Rodriguez, M.D. (collectively, "CSV Defendants"), filed on August 13, 2025, to extend to September 15, 2025, the time for CSV Defendants to respond to Plaintiff-Relator's first amended complaint. (Doc. 25).

Good cause appearing, IT IS HEREBY ORDERED that CSV Defendants shall file their response to Plaintiff-Relator's first amended complaint no later than **September 15, 2025**.

IT IS SO ORDERED.

Dated:   **August 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE