UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. LOPEZ, M.D, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLINICAL SIERRA VISTA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01596-KES-CDB <br><br> ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS BAKERSFIELD MEMORIAL HOSPITAL AND DIGNITY HEALTH TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> (Doc. 29) |

Pending before the Court is the stipulated request of Plaintiff-Relator Daniel P. Lopez, M.D. ("Plaintiff-Relator") and Defendants Bakersfield Memorial Hospital and Dignity Health (collectively, "Defendants") to extend from August 15, 2025, to October 3, 2025, the time for Defendants to respond to Plaintiff-Relator's first amended complaint, filed September 3, 2025. (Doc. 25). The parties represent that Defendants were served with the summons and complaint on July 25, 2025, making their deadline to respond to the complaint due on August 15, 2025. *Id.* ¶¶ 1, 2. The parties represent that on September 2, 2025, Plaintiff-Relator agreed to stipulate to Defendants' request for an extension of time for their response to the first amended complaint. *Id.* ¶ 4.

Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes

apparent." L.R. 144(d).  That rule further provides, "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*

While the Court finds good cause to grant the parties' request based on the representation that Defendants sought the instant stipulation after recently obtaining counsel, here, it should have become apparent to Defendants that it required an extension of time to file a responsive pleading well before the August 15, 2025, deadline – not after that deadline.  The Court disfavors granting relief *nunc pro tunc* and admonishes the partes to exercise better care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that Defendants Bakersfield Memorial Hospital and Dignity Health shall file their response to Plaintiff-Relator's first amended complaint no later than **October 3, 2025**.

IT IS SO ORDERED.

Dated:   **September 4, 2025**

UNITED STATES MAGISTRATE JUDGE

2