UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. LOPEZ, M.D, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>CLINICAL SIERRA VISTA, *et al.*,<br><br>  Defendants. | Case No. 1:24-cv-01596-KES-CDB<br><br>ORDER ON SECOND STIPULATED REQUEST, EXTENDING TIME FOR CSV DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND TO CONTINUING SCHEDULING CONFERENCE<br><br>(Docs. 17, 33) |

Pending before the Court is the stipulated request of Plaintiff-Relator Daniel P. Lopez, M.D. ("Plaintiff-Relator") and Defendants Clinica Sierra Vista ("CSV"), Olga Meave, M.D., and Irving Ayala-Rodriguez, M.D. (collectively, "CSV Defendants") to extend from September 15, 2025, to October 3, 2025, the time for CSV Defendants to respond to Plaintiff-Relator's first amended complaint ("FAC") and to continue the scheduling conference by 90 days or a date appropriate, filed on September 12, 2025. (Doc. 33). The parties represent that Plaintiff's counsel indicated Plaintiff intends to file a second amended complaint in the coming weeks, and in an effort to preserve resources and the Court's time, the parties agreed to extend the time for CSV Defendants to respond to the FAC. *Id.* ¶¶ 6, 7. The parties therefore request the Court continue the currently set scheduling conference for 90 days or a date appropriate to allow the parties to settle the pleadings. *Id.* ¶ 10.

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. CSV Defendants shall file their response to the first amended complaint no later than **October 3, 2025**; and

2. The scheduling conference set for October 14, 2025 (Doc. 17) is continued to **January 15, 2026, at 9:00 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *Id.*

IT IS SO ORDERED.

Dated:  **September 15, 2025**  
UNITED STATES MAGISTRATE JUDGE

2