UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. LOPEZ, M.D, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLINICAL SIERRA VISTA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01596-KES-CDB <br><br> ORDER ON THIRD STIPULATED REQUEST, EXTENDING TIME FOR CSV DEFENDANTS TO FILE A RESPONSIVE PLEADING <br><br> (Doc. 36) <br><br> ORDER CONTINUING JANUARY 15, 2026, SCHEDULING CONFERENCE <br><br> (Docs. 17, 34) |

Pending before the Court is the third stipulated request of Plaintiff-Relator Daniel P. Lopez, M.D. ("Plaintiff" or "Plaintiff-Relator") and Defendants Clinica Sierra Vista ("CSV"), Olga Meave, M.D., and Irving Ayala-Rodriguez, M.D. (collectively, "CSV Defendants") to extend—from October 3, 2025, to 21 days following either the filing of Plaintiff's anticipated second amended complaint or the Court's denial of Plaintiff's anticipated motion for leave to file a second amended complaint—the time for CSV Defendants to file a responsive pleading and to continue the scheduling conference by 60 days or a date appropriate, filed on October 2, 2025. (Doc. 36). The parties represent that Plaintiff's counsel has represented that Plaintiff intends to file a second amended complaint ("SAC") that "narrows the claims to be included" and plans to file his motion for leave to file a SAC in the coming days. *Id.* ¶ 9. The parties represent the requested extension is not made for purposes of delay. *Id.* ¶ 10.

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. CSV Defendants shall file their responsive pleading no later than 21 days following either any denial by the Court of Plaintiff's anticipated motion for leave to file a second amended complaint or Plaintiff's filing of a second amended complaint; and

2. The scheduling conference set for January 15, 2026 (Docs. 17, 34) is CONTINUED to **March 23, 2026, at 9:00 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *See* (Doc. 17).

IT IS SO ORDERED.

Dated:  **October 3, 2025**

UNITED STATES MAGISTRATE JUDGE